UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKAH SHERMAN,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant. | Case No.: 5:24-cv-02088-JC<br><br>ORDER GRANTING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $9,000.00 as authorized by 28 U.S.C.§ 2412 be awarded subject to the terms of the Stipulation.

　　　　IT IS ORDERED.
DATE:　　　January 7, 2026

　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　HONORABLE JACQUELINE CHOOLJIAN
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE